ACCEPTED
15-25-00086-Cv
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
7/2/2025 4:18 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00086-CV

# IN THE COURT OF APPEALS
## FOR THE FIFTEENTH DISTRICT OF TEXAS
### AT AUSTIN, TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
7/2/2025 4:18:45 PM
CHRISTOPHER A. PRINE
Clerk

**CITY OF GRAND PRAIRIE, CITY OF ALEDO, CITY OF ANGLETON, CITY OF AUBREY, CITY OF BULVERDE, CITY OF CIBOLO, CITY OF CLYDE, CITY OF COLLEGE STATION, CITY OF CRADALL, CITY OF DENISON, CITY OF EDCOUCH, CITY OF ELSA, CITY OF FATE, CITY OF HUTTO, CITY OF KAUFMAN, CITY OF LAVILLA, CITY OF LOCKHART, CITY OF MCKINNEY, CITY OF NAVASOTA, CITY OF PARKER, CITY OF VAN ALSTYLE, AND AUBREY MUNICIPAL DEVELOPMENT DISTRICT**
*Appellants – Plaintiffs*

**CITY OF BROWNSVILE, CITY OF ANNA, AND CITY OF BONHAM**
*Appellants – Intervenor Plaintiffs*

**2020 LONG TAIL TRAIL INVESTMENTS, LLC**
*Appellants – Intervenor Defendant*

v.

**THE STATE OF TEXAS, ATTORNEY GENERAL KENNETH PAXTON, IN HIS OFFICIAL CAPACITY, TEXAS COMPTROLLER OF PUBLIC CAPACITY, TEXAS COMPROLLER OF PUBLIC ACCOUNTS GLENN HAGAR, IN HIS OFFICIAL CAPACITY, AND THE OFFICE OF THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS**
*Appellees – Defendants*

---

## APPELLANTS - PLAINTIFFS FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF

---

Pursuant to Rule 10.5(b) of the Texas Rules of Appellate Procedure,

Appellants – Plaintiffs, Cities of Grand Prairie, Aledo, Angleton, Aubrey, Bulverde,

Burleson, Cibolo, Clyde, College Station, Crandall, Denison, Denton, Edcouch, Elsa, Fate, Hutto, Kaufman, La Villa, Lockhart, McKinney, Navasota, Parker, and Van Alstyne and Aubrey Municipal Development District (collectively, the "Cities") respectully requests a thirty day extension of time to file its Appellants's brief.

1.  The Cities filed a notice of appeal on May 6, 2025.

2.  The Cities' principal brief is due on July 14, 2025.

3.  The Cities seek an additional thirty (30) days to file their brief. Counsel for the Cities requires additional time due to the complexity of the issues and the time needed to research and brief these issues. Counsel for the Cities is preparing an Appellee's brief in a case styled *Babcorp 200, Ltd v. City of Grand Prairie, et. Al*, cause number 06-25-00006-CV in the 6th District Court of Appeals, Texarkana. Additionally, Appellants – Plaintiffs has a series of other upcoming deadlines including but not limited to a Joint Advisory Report on the Consolidation of Cases in *NCSUD vs. City of Princeton*, cause number 4:23-CV-00002 in the United States District Court for the Eastern District of Texas, Sherman Division and preparing for a Special Commissioner's Hearing in a case styled *The City of Celina, Texas vs. Sashi Varanasi, Toby Varghese, et al*, cause number 004-05183-2024 in the Collin County Court at Law No. 4 in Collin County, Texas.

4.  The Court has the authority under Texas Rule of Appellate Procedure 38.6(d) to extend the time to file a brief.

5.     Appellees are unopposed to the relief requested herein.

6.     No extension has previously been requested or granted to extend the time to file the Cities' brief.

WHEREFORE, Appellants – Plaintiffs, Cities of Grand Prairie, Aledo, Angleton, Aubrey, Bulverde, Burleson, Cibolo, Clyde, College Station, Crandall, Denison, Denton, Edcouch, Elsa, Fate, Hutto, Kaufman, La Villa, Lockhart, McKinney, Navasota, Parker, and Van Alstyne and Aubrey Municipal Development District prays that the Court grant this motion and extend the time to file Appellants – Plaintiffs' brief for thirty (30) days, or by August 13, 2025.

Respectfully submitted,

*/s/Timothy A. Dunn*
**BRADFORD E. BULLOCK**
STATE BAR NO. 00793423
brad@txmunicipallaw.com
**ARTURO D. RODRIGUEZ, JR.**
State Bar No. 00791550
art@txmunicipallaw.com
**MESSER FORT, PLLC**
4201 W. PARMER LN, STE. C-150
AUSTIN, TEXAS 78727
512.930.1317 – TELEPHONE
972.668.6414 – FACSIMILE

AND

**WM. ANDREW MESSER**
STATE BAR NO. 13472230
andy@txmunicipallaw.com
**TIMOTHY A. DUNN**

STATE BAR NO. 24050542
taddunn@txmunicipallaw.com
**MESSER, FORT, PLLC**
6371 PRESTON ROAD, SUITE 200
FRISCO, TEXAS 75034-
972.668.6400 - TELEPHONE
972.668.6414 – FACSIMILE

**ATTORNEYS FOR APPELLANTS-
PLAINTIFFS**

## CERTIFICATE OF CONFERENCE

On June 27, 2025, counsel for the Cities conferred with counsel for Appellees - Defendants who indicated that they are unopposed to the motion.

 /s/Timothy A. Dunn
TIMOTHY A. DUNN

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been sent via electronic service to all attorneys of record, in compliance with Rule 6.3 of the TEXAS RULES OF APPELLATE PROCEDURE, on July 2, 2025.

 /s/Timothy A. Dunn
TIMOTHY A. DUNN

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Sherry Brown on behalf of Wm. Andrew Messer
Bar No. 13472230
sherry@txmunicipallaw.com
Envelope ID: 102717862
Filing Code Description: Motion
Filing Description: Appellants' First Motion for Extension to file Brief
Status as of 7/2/2025 4:39 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Allison Collins | 24127467 | Acollins@fosterswift.com | 7/2/2025 4:18:45 PM | SENT |
| Sherry Brown | | sherry@txmunicipallaw.com | 7/2/2025 4:18:45 PM | SENT |
| Andy Messer | | andy@txmunicipallaw.com | 7/2/2025 4:18:45 PM | SENT |
| Brad Bullock | | brad@txmunicipallaw.com | 7/2/2025 4:18:45 PM | SENT |
| Timothy Dunn | | Taddunn@txmunicipallaw.com | 7/2/2025 4:18:45 PM | SENT |
| Todd Disher | | todd@lehotskykeller.com | 7/2/2025 4:18:45 PM | SENT |
| William Thompson | | will@lkcfirm.com | 7/2/2025 4:18:45 PM | SENT |
| Cole Wilson | | cole.wilson@oag.texas.gov | 7/2/2025 4:18:45 PM | SENT |
| Guillermo Trevino | | will.trevino@brownsvilletx.gov | 7/2/2025 4:18:45 PM | SENT |
| Lena Chaisson-Munoz | | lena.munoz@brownsvilletx.gov | 7/2/2025 4:18:45 PM | SENT |
| George Hyde | | ghyde@txlocalgovlaw.com | 7/2/2025 4:18:45 PM | SENT |
| Matthew Weston | | mweston@txlocalgovlaw.com | 7/2/2025 4:18:45 PM | SENT |
| David Overcash | | david.overcash@wtmlaw.net | 7/2/2025 4:18:45 PM | SENT |
| Clark McCoy | | cmccoy@wtmlaw.net | 7/2/2025 4:18:45 PM | SENT |

Associated Case Party: City of Brownsville, Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Lena Chaisson-Munoz | | lena.munoz@brownsvilletx.gov | 7/2/2025 4:18:45 PM | SENT |
| Will S.Trevino | | will.trevino@brownsvilletx.gov | 7/2/2025 4:18:45 PM | SENT |

Associated Case Party: Attorney General Kenneth Paxton (in his Official Capacity

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Sherry Brown on behalf of Wm. Andrew Messer
Bar No. 13472230
sherry@txmunicipallaw.com
Envelope ID: 102717862
Filing Code Description: Motion
Filing Description: Appellants' First Motion for Extension to file Brief
Status as of 7/2/2025 4:39 PM CST

Associated Case Party: Attorney General Kenneth Paxton (in his Official Capacity

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Raymond Abarca | | Raymond.Abarca@oag.texas.gov | 7/2/2025 4:18:45 PM | SENT |
| Cole Wilson | | Cole.Wilson@oag.texas.gov | 7/2/2025 4:18:45 PM | SENT |